UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                    Criminal No. 12-cr-0002-01-JL

<u>Maria M. Ulloa</u>

## O R D E R

The assented to motion to reschedule jury trial (document no. 10) filed by defendant is granted in part. The continuance is limited to 60 days; Final Pretrial is rescheduled to April 20, 2012 at 9:30 a.m.; Trial is continued to the two-week period beginning May 1, 2012, 9:30 a.m.

Defendant shall file a waiver of speedy trial rights within 10 days. The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

                                          /s/ Joseph N. Laplante
                                          Joseph N. Laplante
                                          Chief Judge

Date:  February 13, 2012

cc:  Bjorn R. Lange, AFD
     William E. Morse, AUSA
     U.S. Marshal
     U.S. Probation