```
            UNITED STATES DISTRICT COURT FOR THE
               DISTRICT OF NEW HAMPSHIRE
```

United States of America

                    v.                    Criminal No. 12-cr-0002-01-JL

Maria M. Ulloa

                            O R D E R


     The assented to motion to reschedule jury trial (document no.
25) filed by defendant is granted; Additional delays are not
anticipated. Final Pretrial is rescheduled to November 26, 2012 at
2:00 p.m.; Trial is continued to the two-week period beginning
December 4, 2012, 9:30 a.m. In addition to various filing deadlines
contained in the local rules, the parties shall also file any in
limine motions no later than ten (10) days prior to the final pretrial
conference.  Objections to motions in limine shall be filed no later
than three (3) days prior to the final pretrial conference.

     Defendant shall file a waiver of speedy trial rights within 10
days.  The court finds that the ends of justice served by granting
a continuance outweigh the best interest of the public and the
defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the
reasons set forth in the motion.

     SO ORDERED.

                              _____
                              Joseph N. Laplante
                              Chief Judge


Date:  August 9, 2012

cc:  Bjorn R. Lange, AFD
     William Morse, AUSA
     U.S. Marshal
     U.S. Probation